**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.  16-14056-BKC-RBR

Michael Anthony Harris,                          Chapter   13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**    The final Mortgage Modification Mediation ("MMM") conference was conducted on _____, 2016 and the following parties were present:

    1.  [ ] The Debtor and the Debtor's attorney.
    2.  [ ] The co-obligor/co-borrower/or other third party.
    3.  [ ] The Lender's representative and Lender's attorney.
    4.  [ ] Other:

**B.**    The final MMM conference was scheduled for December 21, 2016, but not conducted for the following reason:

    1.  [X] The parties settled prior to attending.
    2.  [ ] The case was dismissed.
    3.  [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
    4.  [ ] The Lender's representative or [ ]  Lender's attorney failed to attend.
    5.  [ ] Other: _____.

**C.**    The result of the MMM conference is as follows:

    1.  [X] The parties reached an agreement.
    2.  [ ] The parties did not reach an agreement.

Dated: December 20, 2016

                      /s/:Stacy H. Bressler
                      Stacy H. Bressler, Esq.
                      8201 Peters Road, Suite 1000
                      Plantation, FL 33324
                      Telephone: (954) 557-5526
                      email: sbressler@aol.com

Copies to:
all parties to mediation