UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                                        Case No. 16-14056-RBR
                                                                              Chapter 13
MICHAEL ANTHONY HARRIS

_____Debtor(s)_____/

### EX PARTE MOTION TO APPROVE FINAL MORTGAGE LOAN MODIFICATION AGREEMENT WITH RUSHMORE LOAN MANAGEMENT SERVICES

The above-referenced Debtor requests the Court enter an Order approving the Final Mortgage Loan Modification Agreement with Rushmore Loan Management Services. ("Lender") with respect to real property located at 55-57 SE 12 Street Unit 57, Dania Beach, FL 33009, and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") On August 9, 2016 (ECF # 72).

2. The final MMM conference was Agreed, Prior to scheduled MMM conference.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on December 20, 2016 (ECF #147), reporting the parties reached an agreement.

4. Attached is a copy of the Final Loan Modification Mortgage Agreement entered into between the parties.

5. The Debtor is treating this claim outside the Chapter 13 Plan.

**WHEREFORE,** the Debtor requests the Motion to Approve Final Mortgage Loan Modification Agreement with Rushmore Loan Management Services. ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Final Mortgage Loan Modification Agreement with Rushmore Loan Management Services, was served by U.S, first class mail, upon the parties listed below on April 18, 2017.

/s/
Andres Montejo, Esq.
Florida Bar No.: 659428
Attorney for Debtor

6157 NW 167 Street, Suite F-21
Miami, FL 33015
Tel: 305-817-3677
Fax: 305-675-0666
Email: Andres@andresmontejolaw.com

Copies to: Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619

Michael A. Harris
4611 Grant Street
Hollywood, FL 33020

Stacy Bressler
8201 Peters Road
Suite 1000
Plantation, FL 33324