## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## BROWARD DIVISION

In Re:

MICHAEL ANTHONY HARRIS,                    CASE NO: 16-14056-RBR
                                           CHAPTER 13

_____Debtor._____/

### DEBTOR'S MOTION TO ALLOW SHORT SALE OF NON-HOMESTEAD REAL PROPERTY OR IN THE ALTERNATIVE IF THE SHORT SALE IS NOT CONSUMMATED, THEN SEEKING PERMISSION TO SIGN A CONSENT JUDGMENT

COMES NOW, the Debtor, Michael Anthony Harris (the "Debtor"), by and through undersigned counsel, and files this his Motion to Allow Short Sale of Non-Homestead Real Property, or in the Alternative Permission to Sign a Consent Judgment, and states as follows:

1. The debtor has been approached to short sell his non-homestead real property.

2. The Debtor has only recently entered in negotiations for the short sale by the lender.

3. If the Short Sale is not consummated, the Debtor seeks permission to sign a consent Judgment and the secured creditor has offered on the consent judgment $3,000.00 to be paid directly to the Chapter 13 Trustee.

4. The non-homestead real property of the debtors is commonly known as:

   **2616 Funston Street, Hollywood, FL 33020**

5. The legal description of the Debtors non-homestead real property is known as:

   **THE EAST 46 FEET OF LOT 10 AND THE WEST 4 FEET OF LOT 11, ALL IN BLOCK 11, THE AMENDED PLAT OF SOUTH HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, AS**

RECORDED IN PLAT BOOK 4, AT PAGE 10, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

FOLIO # ID # 5142 21 06 1790

6. The Debtor understand that the approval of this Court does not waive the rights of nor does it extinguish the valid liens of any secured creditors and the Debtor still need the consent of the secured creditors to close on the Contract.

WHEREFORE, the Debtor, through undersigned counsel, prays this Court enter an Order Granting the Debtor's Motion and allow the short sale of their non-homestead real property or in the Alternative Permission to Sign a Consent Judgment.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed via CM/ECF and first class mail, this 10th day of May, 2017, to: **Seneca Mortgage Servicing, LLC.**, 611 Jamison Road, Elma NY 14059; **Marinosci Law Group, P.C., Attorney for the Secured Creditor,** 100 W. Cypress Creek # 1045, Ft. Lauderdale, FL 33309; **Robin R. Weiner, Chapter 13 Trustee**, P.O. Box 559007, Ft. Lauderdale, FL 33355; **Michael A. Harris, Debtor,**

1411 Grant Street, Hollywood, FL 33020.

Respectfully Submitted,
Law Office of the General Counsel
Attorney for Debtor
6157 NW 167 Street, Suite F-21
Miami, FL 33015
Tel: 305-817-3677
Fax: 305-675-0666
Email: Andres@andresmontejolaw.com

/s/   Andres Montejo
_____
Andres Montejo, Esq.
Florida Bar No.:   659428