**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **5th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Michael Anthony Harris** | JOINT DEBTOR: | CASE NO.: **16-14056-RBR** |
| Last Four Digits of SS# **xxx-xx-6729** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1446.13**  **1** to **15**  **Beginning April 23, 2016**
B.    **55.00** for months **16** to **60**  **Beginning July 23, 2017**
C. $ _____ for months ____ to ____
D. $ _____

Administrative: Attorney's Fee - $ **3,500.00 Base Fee plus 3 MMM's and 3 MTV and a Obj for a total fee of 10,826.75**    TOTAL PAID 10$ **3500 less costs 900 in costs for a net of 2,600.00**

Balance Due  $ **8226.75**   **548.45**  /month  (Months **1** to **15**)
                                     /month  (Months __ to __)
                                            (Months __)

**Secured Creditors:** [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage LLC
   Address: 350 Highland Drive Lewisville TX 75067
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: ending 1391
   **MMM** Payment $ **780.00** /month (Months **1** to **15**)
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: _____
   Payment $ _____ /month (Months **0** to **0**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Behar, Gutt & Glazer P.A. 1855 Griffin Road, Suite A-350, Ft.Lauderdale, FL 33004** | 55 SE 12 Street, Unit 57, Dania Beach, FL33009 $205,160.00 | % | 0.00 | 0 to 0 | 0.00 |
| **Behar, Gutt & Glazer P.A. 1855 Griffin Road, Suite A-350, Ft.Lauderdale, FL 33004** | 1411 Grant Street Hollywood, FL 33020 $160,000.00 | % | 0.00 | 0 to 0 | 0.00 |

**Priority Creditors:** [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due  $ _____
             Payable  $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors:  Pay $**70.69** month (Months  1 to **15** )
                      Pay $**50.00** month (Months  16 to **60**)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Rushmore Loan Management Services, account ending 5473; Debtor will treat outside the Chapter 13 Plan (55 SE 12 Street)**
**Chase Mortgage, account ending 4529: Debtor is surrendering the Property to Creditor. (981 property)**
**Seneca Mortgage Servicing, account ending 9796: Debtor is surrendering the Property to Creditor. (2616 Funston)**
**City of Hollywood account ending 7402; Debtor is surrendering the Property to the Creditor. (2616 Funston)**
**Caliber Home Loans, account ending 2311;Debtor will treat outside the Chapter 13 Plan**
**Nationstar Mortgage, LLC. account ending 1391; will be treated outside the Chapter 13 Plan.**

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Michael Anthony Harris**
**Michael Anthony Harris**
Debtor

Date:  **June 27, 2017**